```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

ROBERT DEAN McCOWAN, JR.                                    PLAINTIFF

v.                           Case No. 06-2141

MR. DIXON, Police Officer
for the City of Van Buren;
CRAWFORD COUNTY, ARKANSAS;
JAILERS, CRAWFORD COUNTY
DETENTION CENTER                                            DEFENDANTS

## ORDER

Now on this 7th day of December 2006, there comes on for consideration the report and recommendation filed herein on November 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6).  Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, this action is dismissed on the grounds that Plaintiff has failed to prosecute this action and comply with the order of the court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**